[No. 9346–1–I.   Division One.   July 6, 1982.]

ERICK KOKER, ET AL, *Appellants,* v. FREDERICK
V. BETTS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 864509, William C. Goodloe, J., entered September 3, 1980. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 8935–8–I.   Division One.   July 6, 1982.]

ERICK KOKER, ET AL, *Appellants,* v. FREDERICK
V. BETTS, ET AL, *Defendants,* KENNETH L.
LEMASTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 864509, William C. Goodloe, J., entered May 15, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 10280–0–I.   Division One.   July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
DEAN HOVDE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–00409–3, Francis E. Holman, J., entered May 13, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Williams, J.

[No. 4199–9–III.   Division Three.   July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
LEE DRAKE, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. C–1902, Ted Kolbaba, J., entered September 29, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.